PERSONAL AUDIO, LLC,
Plaintiff–Appellant,

v.

APPLE INC., Defendant–
Cross Appellant.

Nos. 2011–1574, 2012–1067.

United States Court of Appeals,
Federal Circuit.

Jan. 5, 2012.

Thomas G. Hungar, Gibson, Dunn & Crutcher LLP, Washington, DC, Garland T. Stephens, Benjamin C. Elacqua, Fish & Richardson, P.C., Houston, TX, for Defendant/Cross Appellant.

Ronald J. Schutz, Jake M. Holdreith, Cyrus A. Morton, David Allen Prange, Patrick M. Arenz, Robins, Kaplan, Miller & Ciresi, Minneapolis, MN, Annie Huang, Robins, Kaplan, Miller & Ciresi, New York, NY, for Plaintiff–Appellant.

### ON MOTION

### ORDER

Upon consideration of the parties' "Joint Dismissal Agreement," which the court treats as a joint motion to voluntarily dismiss these appeals from *Personal Audio, LLC v. Apple Inc.*, case no. 09–CV–0111 (E.D.Tex.),

IT IS ORDERED THAT:

958

(1) The motion is granted.

(2) Each side shall bear its own costs.